UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 05 B 20861
    JOSEPH L GADDINI
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-7448
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/24/2005 and was confirmed 07/11/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  80.94% from remaining funds.

      The case was paid in full 06/06/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED OTH | 477.13 | .00 | 386.19 |
| AMERICREDIT LOANS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T BROADBAND | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| DEVON FINANCIAL SERVICE | UNSECURED | 533.59 | .00 | 431.90 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 503.28 | .00 | 407.36 |
| ECAST SETTLEMENT CORP | UNSECURED | 336.73 | .00 | 272.56 |
| ROUNDUP FUNDING LLC | UNSECURED | 179.28 | .00 | 145.11 |
| ILLINOIS INTERNET | UNSECURED | NOT FILED | .00 | .00 |
| LIZ GADDINI | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUICK CASH | UNSECURED | 297.24 | .00 | 240.59 |
| PAYDAY ADVANCE CASH TO G | UNSECURED | 611.00 | .00 | 494.56 |
| PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED | 5473.76 | .00 | 4430.57 |
| RESURGENT ACQUISITION LL | UNSECURED | 5557.56 | .00 | 4498.40 |
| SHELL OIL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 3268.71 | .00 | 2645.76 |
| WACHOVIA BANK CARD SERVI | UNSECURED | NOT FILED | .00 | .00 |
| LEGAL DEFENDERS PC | DEBTOR ATTY | 2,200.00 | | 2,200.00 |
| TOM VAUGHN | TRUSTEE | | | 1,019.00 |
| DEBTOR REFUND | REFUND | | | 26.00 |

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 20861 JOSEPH L GADDINI

```
                          RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                   17,198.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                      13,953.00
ADMINISTRATIVE                                  2,200.00
TRUSTEE COMPENSATION                            1,019.00
DEBTOR REFUND                                      26.00
                          ---------------      ---------------
TOTALS                    17,198.00            17,198.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 09/25/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE